**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
------------------------------------X
MARK SCOTT CIRELLO,

      Plaintiff,

  -against-

UNITED STATES SUPREME COURT,

      Defendant.
------------------------------------X

FILED
Oct 17 2 13 PM '03
U.S. DISTRICT COURT
NEW HAVEN CONN
3:03 CV 435 (GLG)

ORDER

    The complaint in this action is dismissed as violating the orders of Judge Dorsey filed in one of the fifteen previous frivolous actions brought by this plaintiff. Since one paragraph of Judge Dorsey's order indicates that a contempt of court citation is possible, a copy of this order and the most recent complaint are being sent to Judge Dorsey.

    SO ORDERED.

Dated:    October 15, 2003
           Waterbury, CT

                                              Gerard L. Goettel
                                              U.S.D.J.